IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 21-mj-00053(GMH) |
| | ) | |
| | ) | |
| CHRISTINE PRIOLA | ) | |

**NOTICE TO THE COURT OF DEFENDANT'S POSITION AT PRELIMINARY HEARING**

COMES NOW counsel for defendant Ms. Christine Priola, upon request from the Assistant United States Attorney, Jolie Zimmerman, and files this position with the Court.

Defendant hereby waives her right to a speedy trial in this cause. Undersigned defense counsel has spoken to lead counsel for Ms. Priola, Charles Langmack, who has spoken with defendant Priola and she has agreed to exclude time under the Speedy Trial Act until such time that the Court sets another hearing. Moreover, the undersigned parties agree that such an exclusion is proper. The ends of justice will be served by excluding time under the Speedy Trial Act, and those ends of justice outweigh the Defendant's interests and the interest of the public in a speedy trial because the delay will provide the completion of an examination, the results of which may substantially impact the ability of the parties to resolve this case short of trial. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

Furthermore, Ms. Priola waives her right to a preliminary hearing. Likewise, lead counsel Charles Langmack has discussed same with Ms. Priola and she agrees to waive this right.

Respectfully submitted,

KIRA ANNE WEST

By: _____/s/_____
Kira Anne West
DC Bar No. 993523
712 H Street N.E., Unit #509
Washington, D.C. 20002
Phone: 202-236-2042
kiraannewest@gmail.com

CERTIFICATE OF SERVICE

I hereby certify on the 8th day of February, 2021 a copy of same was electronically filed using the CM/ECF system and thus delivered to the parties of record and in pursuant to the rules of the Clerk of Court.

_____/S/_____
Kira Anne West